IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JERMAINE R. REVERE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 314-031 |
| | ) | |
| SAM ZANDERS, Deputy Warden of | ) | |
| Care & Treatment, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

Plaintiff, an inmate at the Fulton County Jail in Atlanta, Georgia, commenced the above-captioned case *pro se* pursuant to 42 U.S.C. § 1983 concerning events that occurred at Telfair State Prison in Helena, Georgia. Dismissed Defendant Dees, as well as current Defendants Zanders and Yawn, have filed a motion to dismiss. (Doc. no. 23.) Defendant Cheney separately filed an answer. (Doc. no. 22.) The Court has stayed discovery in the case until the motion to dismiss is resolved. (Doc. no. 27.) In response to the Court's December 30, 2014 Order explaining to Plaintiff the ramifications of a motion to dismiss, Plaintiff asserts that he never received a copy of Defendant Cheney's answer or the other motions filed by Defendants, and he requests that he be given additional time to respond. According to Plaintiff, he mailed a notice of change of address to the Clerk of Court on October 21, 2014, and then again on December 17, 2014. (Doc. no. 28, p. 2.) The record does not reflect an October 21st notice, and the notice dated December 17, 2014, was not received by the Clerk of Court until January 8, 2015. (Doc. no. 26.)

Plaintiff was informed when he first filed his case that he was responsible for immediately informing the Court in writing when his address changed, and failing to do so may result in dismissal of the case. (Doc. no. 2, p. 3.) Plaintiff has apparently been moving back and forth between Smith State Prison and the Fulton County Jail, but without current information on the docket, neither the Court nor Defendants can know where to send information relating to the case. The Certificate of Service on Defendants' filings indicate that Plaintiff was served at Smith State Prison, but in an abundance of caution, the Court **DIRECTS** Defendants to re-serve Plaintiff with the answer and motions they have filed to date in this case.[1] (Doc. nos. 22-24.) Upon doing so, Defendants shall file a certification for the record that they served Plaintiff at the Fulton County Jail. Plaintiff shall have until Wednesday, February 18, 2015 to respond to the motion to dismiss. (Doc. no. 23.)

Plaintiff is reminded that he must immediately inform the Court and opposing counsel of a change of address. The failure to do so may result in dismissal of his case.

SO ORDERED his 23rd day of January, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]The docket reflects that the Court's Order granting the motion to stay discovery (doc. no. 27) was served on Plaintiff at the Futon County Jail.