FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 APR 27 AM 9: 50
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JERMAINE R. REVERE, | ) |
| Plaintiff, | ) |
| v. | ) CV 314-031 |
| SAM ZANDERS, Deputy Warden of Care & Treatment; MARIE YAWN, Medical Administrator; and DR. MURRAY CHENEY, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **GRANTS** Defendants' motion to dismiss (doc. no. 23) and **DISMISSES** Defendants Zanders and Yawn from this case. This case shall continue only as to the Eighth Amendment claim for deliberate indifference against Defendant Cheney. The stay of discovery entered in this case on January 22, 2015, (doc. no. 27), shall be lifted, and the Court **DIRECTS** the **CLERK** to enter a Scheduling Notice.

SO ORDERED this 27th day of April, 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE