IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JERMAINE R. REVERE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 314-031 |
| DR. DAVID CHENEY, Medical Director, | ) ) ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which *beautifully scripted but unavailing* objections have been filed (doc. no. 61). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion for summary judgment, (doc. no. 48), **DIRECTS** the Clerk to **ENTER** final judgment in favor of Defendant, and **CLOSES** this civil action.

SO ORDERED this 25th day of August, 2016, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE